# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| Tracy Maria Quarles, ) | |
| ) | |
| ) | Civil Action. No. 1:13-cv-2521-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Carolyn W. Colvin, Acting Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the court upon motion of Plaintiff, through her attorney, Michelle D. Powers, for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. [ECF No. 29]. Plaintiff's motion seeks reimbursement for her Counsel's representation in the captioned matter in the amount of $6,047.60 in attorney's fees. This amount represents compensation for all legal services rendered on behalf of Plaintiff by her counsel in connection with the matter herein. Defendant's response to Plaintiff's motion (ECF Nos. 30 and 31) notifies the court that she does not object to any specific time expenditure for which Plaintiff's counsel seeks compensation, but does note that the hourly rate sought seems to be slightly excessive. The court has reviewed Plaintiff's Counsel's fee petition and Defendant's Amended Response [ECF No. 31] and finds that the agreed amount requested for fees is reasonable. Therefore, Plaintiff is entitled to an award of attorney's fees under the EAJA in the stipulated amount of $5,850.00.

In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset

Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

December 23, 2014
Columbia, South Carolina